UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS AT LLOYD'S ET AL.,

                      Petitioners,

-v-

EDCOUCH ELSA INDEPENDENT SCHOOL DISTRICT,

                      Respondent.

23 Civ. 8957 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received petitioners' petition seeking this Court's assistance in designating and appointing a third arbitrator. Dkt. 1. The Court appreciates the parties' mutual interest in promptly resolving this petition so that arbitration may proceed. The Court directs petitioners to serve respondent forthwith with the petition and this order, and thereafter to file an affidavit on the docket of this case attesting to such service. After respondent is served, the Court directs respondent to submit its opposition forthwith. The Court further directs counsel for petitioners and respondent to confer forthwith as to the proper procedure for resolving this dispute. In particular, the Court seeks the parties' views on whether it may resolve this dispute based on the petition and respondent's anticipated opposition, or whether additional, or evidentiary, submissions are warranted. A joint letter addressing this issue is due one week after service upon respondent.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  _____
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 17, 2023
       New York, New York