**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CERTAIN UNDERWRITERS AT LLOYD'S
LONDON ET AL.,

                Petitioners,

  -against-                                              23 **CIVIL** 8957 (PAE)

**JUDGMENT**

EDOUCH ELSA INDEPENDENT SCHOOL
DISTRICT,

                Respondent.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 08, 2024, the Court denied the motion to dismiss, grants the Petition and designates and appoints Michael H. Dolinger, a former United States Magistrate Judge in this District, as umpire; accordingly, the case is closed.

**Dated:** New York, New York

    April 08, 2024

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                        **BY:**

                                                      **Deputy Clerk**